PHILLIPS, SPALLAS & ANGSTADT LLP
Robert K. Phillips -135088
Candice A. Mullings-237383
650 California Street, Tenth Floor
San Francisco, California 94108
Telephone: (415) 278-9400
Facsimile: (415) 278-9411

Attorneys for Defendant,
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SANDERS,<br><br>　　　　Plaintiff,<br>　　v.<br><br>WAL-MART STORES, INC., and DOES 1-50, inclusive;<br><br>　　　　Defendants. | Case No. -<br><br>(San Francisco County Superior Court Case No. CGC-07-470602)<br><br>DECLARATION OF ROBERT K. PHILLIPS IN SUPPORT OF PETITION FOR REMOVAL OF CIVIL ACTION |

I, Robert K. Phillips, declare as follows:

1. I am an attorney duly licensed to practice law before all Courts of the State of California and am a partner in the law firm of Phillips, Spallas & Angstadt LLP, attorneys of record herein for Defendant WAL-MART STORES, INC.

2. I have personal knowledge of all matters stated herein, and if called upon as a witness could and would testify competently thereto.

3. Attached as Exhibit A, is a true and accurate copy of the Notice of Service of Process which indicates that the Summons/Complaint was served on January 2, 2008.

4. Attached as Exhibit B, is a true and accurate copy of the Summons for the Complaint.

5. Attached as Exhibit C, is a true and accurate copy of Plaintiff's Complaint for Strict Products

1 | Liability.

2 | 6.    Attached as Exhibit D, is a true and accurate copy of the Summons for the First Amended
3 | Complaint.
4 | 7.    Attached as Exhibit E, is a true and accurate copy of Plaintiff's First Amended Complaint for
5 | Strict Products Liability.

10 |     I declare under penalty of perjury under the laws of the State of California that the foregoing is
11 | true and correct. Executed this 29TH day of January, 2008, at San Francisco, California.

                                          Robert K. Phillips

EXHIBIT A

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
01/02/2008
CT Log Number 512938649

**TO:** Kim Lundy
Wal-Mart Stores, Inc.
702 SW 8th Street, Mail Stop #0215
Bentonville, AR 72716

**RE:** Process Served in California

**FOR:** Wal-Mart Stores, Inc. (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Kevin Sanders, etc., Pltf. vs. Wal-Mart Stores, Inc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Cover Sheet, Stipulation Form, Case Management Statement Form, Attachments, Notice to Plaintiff |
| **COURT/AGENCY:** | San Francisco County- San Francisco, Superior Court, CA
Case # CGC87470602 |
| **NATURE OF ACTION:** | Product Liability Litigation - Personal Injuries - On or about 02/08/2007 - While using bicycle, front fork assembly and suspension forks spontaneously separated from the bicycle causing the bicycle to stop in motion and catapult plaintiff over the handle bars onto his face and head |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/02/2008 at 09:11 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service - file written response // 05/30/2008 at 9:00 a.m. - Case Management Conference |
| **ATTORNEY(S) / SENDER(S):** | Mark L. Webb
Law Offices of Mark L. Webb
214 Grand Avenue
Suite 301
San Francisco, CA 94108
415-621-4500 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/02/2008, Expected Purge Date: 01/07/2008
Image SOP - Page(s): 22
Email Notification, Melanie McGrath-CT West
CLS-Verificationwest@WoltersKluwer.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Nancy Flores |
| **ADDRESS:** | 818 West Seventh Street
Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Page 1 of 1 / MS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EXHIBIT B

1/2/08  9:11 AM

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
WAL-MART STORES, INC., AND DOES 1 THROUGH 50, INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
KEVIN SANDERS, AN INDIVIDUAL

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF SAN FRANCISCO
400 MCALLISTER STREET
SAN FRANCISCO, CA 94102

CASE NUMBER: CGC-07-470602

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
MARK L. WEBB SBN#067959                       415-621-4500
LAW OFFICES OF MARK L. WEBB
214 GRANT AVENUE, SUITE 301
SAN FRANCISCO, CA 94108

DATE: DEC 31 2007                Clerk, by  CRISTINA E. BAUTISTA  , Deputy
*(Fecha)*                        *(Secretario)*                    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010)*.)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* WAL-MART STORES, INC.

under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
       ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

EXHIBIT C

MARK L. WEBB, ESQ. (SBN 067959)
LAW OFFICES OF MARK L. WEBB
214 Grant Avenue, Suite 301
San Francisco, CA 94108
Telephone: (415) 621-4500
Facsimile: (415) 621-4173

Attorney for Plaintiff,
KEVIN SANDERS

ENDORSED
FILED
San Francisco County Superior Court

DEC 31 2007

GORDON PARK-LI, Clerk

CASE MANAGEMENT CONFERENCE SET

MAY 2 - 2008 - 10:30 AM

DEPARTMENT 212

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN FRANCISCO

UNLIMITED CIVIL JURISDICTION

| KEVIN SANDERS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CGC-07-470602<br><br>COMPLAINT |
|---|---|

Plaintiff complains and for causes of action alleges as follows:

**First Cause of Action – Strict Products Liability**

1. Plaintiff Kevin Sanders, is an individual now residing in Arizona and in the process of moving to California, City and County of San Francisco for health reasons within the next few weeks.

2. Defendant Wal-Mart Stores, Inc. is incorporated in Arkansas and does business in every state of the Union including California and sells bicycles in each state including California, including but not limited to this specific brand bicycle.

3. Defendant Wal-Mart Stores, Inc. is now, and at all times mentioned in this complaint was, in the business of inspecting, maintaining, installing, and selling at retail to members of the public various types of bicycles, including the Mongoose bicycle.

FILED BY FAX

COMPLAINT
-1-

12/31/2007   13:19   4156214173                    LAW OFFICES                              PAGE  05/06

4. In late 2005 or early 2006 plaintiff purchased from Defendant Wal-Mart Stores, Inc. a Mongoose bicycle relying on the fact that it was fit for normal usage and designed, manufactured and assembled properly. However, this bicycle and its component parts were defective as to design, manufacturing and warnings causing the bicycle and its component parts to be in a dangerous and defective condition that made them unsafe for their intended use.

5. The bicycle was defective when it left the control of Defendant Wal-Mart Stores, Inc.

6. On or about February 8, 2007, in Surprise, Arizona, plaintiff was using this bicycle in accordance with its intended normal usage when the front fork assembly and suspension forks spontaneously separated from the bicycle causing the bicycle to stop in motion and catapult plaintiff over the handle bars onto his face and head. As a consequence of this defective condition of this bicycle plaintiff has sustained numerous facial and head injuries and required reconstructive surgery.

7. As a direct consequence of the accident complained of herein, plaintiff has undergone extensive reconstructive facial surgery and continues to suffer from hypersensitivity to heat, which makes him incapable of living without severe discomfort in Arizona. As a consequence, plaintiff is currently seeking and will acquire a California residence with a milder climate that will not further irritate the injuries sustained in this accident.

WHEREFORE, plaintiff demands judgment against defendant as follows:

1. General damages according to proof;
2. Special damages according to proof;
3. Prejudgment interest according to law;
4. Costs of this action; and
5. Any other and further relief that the court considers proper.

COMPLAINT
-2-

DATED: December 31, 2007

LAW OFFICES OF MARK L. WEBB

By: _____
Mark L. Webb, Esq.
Attorney for Plaintiff

COMPLAINT
-3-

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
MARK L. WEBB SBN#067959
LAW OFFICES OF MARK L. WEBB
214 GRANT AVENUE, SUITE 301
SAN FRANCISCO, CA 94108
TELEPHONE NO.: 415-621-4500   FAX NO.:
ATTORNEY FOR *(Name)*:

**FOR COURT USE ONLY**

ENDORSED
FILED
San Francisco County
DEC 3 1 2007
GORDON PARK-LI

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 MCALLISTER STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO 94102
BRANCH NAME:

CASE NAME: KEVIN SANDERS v. WAL-MART STORES, INC., AND DOES 1 THROUGH 50

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited   [ ] Limited (Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 1811) | CGC-07-470602  JUDGE:  DEPT: |

*Items 1–5 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[X] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation** (Cal. Rules of Court, rules 1800–1812)
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 1800 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel    e. [ ] Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve              in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence    f. [ ] Substantial postjudgment judicial supervision
3. Type of remedies sought *(check all that apply):*
   a. [X] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action *(specify):* STRICT PRODUCTS LIABILITY
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015).*

Date: DECEMBER 31, 2007
MARK L. WEBB SBN#067959
(TYPE OR PRINT NAME)                           ▶ /s/ Mark L. Webb
                                                (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 201.8.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 1800 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2006]

**CIVIL CASE COVER SHEET**

Legal Solutions Plus

Cal. Rules of Court, rules 201.8, 1800–1812;
Standards of Judicial Administration, § 19

FILED BY FAX

EXHIBIT D

FIRST AMENDED

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
WAL-MART STORES, INC., AND DOES 1 THROUGH 50, INCLUSIVE

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
KEVIN SANDERS, AN INDIVIDUAL

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF SAN FRANCISCO
400 MCALLISTER STREET
SAN FRANCISCO, CA 94102

**CASE NUMBER:**
*(Número del Caso):* CGC-07-470602

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
MARK L. WEBB SBN#067959                         415-621-4500
LAW OFFICES OF MARK L. WEBB
214 GRANT AVENUE, SUITE 301
SAN FRANCISCO, CA 94108

DATE:                                    Clerk, by _____, Deputy
*(Fecha)*                                *(Secretario)*                     *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* WAL-MART STORES, INC.

   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal Solutions Plus

Page 1 of 1
Code of Civil Procedure §§ 412.20, 465



LAW OFFICES OF

# MARK L. WEBB

A PROFESSIONAL CORPORATION

*Attorneys at Law*

MARK L. WEBB
*Former U.S. Department of Justice Prosecutor*

January 29, 2008

**VIA U.S. MAIL & FAX**
Mrs. Candice Mullings
Phillips, Spallas & Angstadt LLP
650 California Street, Tenth Floor
San Francisco, CA 94105

Dear Mrs. Mullings:

    Enclosed is a copy of the First Amended Complaint that we are filing today. As you can see we have amended it in compliance with your request since Mr. Sanders is now residing in San Francisco. I look forward to working together with you in a cooperative fashion on this case. I trust that you will consider this as having been served on Wal-Mart Stores, Inc.

Sincerely
Law Offices of Mark L. Webb

Mark L. Webb, Esq.


Enclosures

EXHIBIT E

MARK L. WEBB, ESQ. (SBN 067959)
LAW OFFICES OF MARK L. WEBB
214 Grant Avenue, Suite 301
San Francisco, CA 94108
Telephone: (415) 621-4500
Facsimile: (415) 621-4173

Attorney for Plaintiff,
KEVIN SANDERS

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN FRANCISCO

UNLIMITED CIVIL JURISDICTION

| | |
|---|---|
| KEVIN SANDERS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CGC-07-470602<br><br>**FIRST AMENDED COMPLAINT** |

Plaintiff complains and for causes of action alleges as follows:

### Cause of Action for Strict Products Liability

1. Defendant Wal-Mart Stores, Inc. is incorporated in Arkansas and does business in every state of the Union including California and sells bicycles in each state including California, including but not limited to this specific brand bicycle, Mongoose.

2. Plaintiff Kevin Sanders, is an individual now residing in San Francisco, California at the time of the filing of this first amended complaint.

3. Defendant Wal-Mart Stores, Inc. is now, and at all times mentioned in this complaint was, in the business of inspecting, maintaining, installing, and selling at retail to members of the public various types of bicycles, including the Mongoose bicycle which caused the subject accident.

FIRST AMENDED COMPLAINT
-1-

4. In late 2005 or early 2006 plaintiff purchased from Defendant Wal-Mart Stores, Inc. a Mongoose bicycle relying on the fact that it was fit for normal usage and designed, manufactured and assembled properly. However, this bicycle and its component parts were defective as to design, manufacturing and warnings causing the bicycle and its component parts to be in a dangerous and defective condition that made them unsafe for their intended use.

5. The bicycle was defective when it left the control of Defendant Wal-Mart Stores, Inc.

6. On or about February 8, 2007, in Surprise, Arizona, plaintiff was using this bicycle in accordance with its intended normal usage when the front fork assembly and suspension forks spontaneously separated from the bicycle causing the bicycle to stop in motion and catapult plaintiff over the handle bars onto his face and head. As a consequence of this defective condition of this bicycle plaintiff has sustained numerous facial and head injuries and required reconstructive surgery.

7. As a direct consequence of the accident complained of herein, plaintiff has undergone extensive reconstructive facial surgery and continues to suffer from hypersensitivity to heat, which makes him incapable of living without severe discomfort in Arizona. As a consequence, plaintiff is currently seeking and will acquire a California residence with a milder climate that will not further irritate the injuries sustained in this accident.

WHEREFORE, plaintiff demands judgment against defendant as follows:

1. General damages according to proof;

2. Special damages according to proof;

3. Prejudgment interest according to law;

4. Costs of this action; and

5. Any other and further relief that the court considers proper.

FIRST AMENDED COMPLAINT
-2-

DATED: January 29, 2008

LAW OFFICES OF MARK L. WEBB

By: _____
Mark L. Webb, Esq.
Attorney for Plaintiff KEVIN SANDERS

FIRST AMENDED COMPLAINT
-3-

*Sanders v. Wal-Mart Stores, Inc., et al.*

## PROOF OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 414 Gough Street, Suite Two., San Francisco, California 94102, in said County and State.

On **January 29, 2008** caused to be served the following documents:

### FIRST AMENDED COMPLAINT

on the parties in this action as follows:

Mr. Candice Mullings
Phillips, Spallas & Angstadt LLP
650 California Street, Tenth Floor
San Francisco, CA 94108
**Telephone: (415) 278-9400**
**Facsimile: (415) 278-9411**

Attorney for Defendant WAL-MART STORES, Inc.

☒ [BY MAIL] I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail in San Francisco, California. I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ [BY PERSONAL SERVICE] The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☐ [VIA FACSIMILE] I caused to be transmitted the above-named documents at approximately 4:45p.m. via facsimile number 415-621-4173. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. The transmission report was properly issued by the transmitting facsimile machine, a copy of which is attached pursuant to Rule 2009(I)(4).

☐ [VIA FEDERAL EXPRESS] I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for deposit with Federal Express for overnight delivery service. Correspondence for collection and processing is either delivered to a courier or driver authorized by Federal Express to receive documents or deposited by an employee or agent of this firm in a box or facility regularly maintained by Federal Express that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **January 29, 2008** in San Francisco, California.

*/s/ Jeshawna R. Harrell*
Jeshawna R. Harrell