PHILLIPS, SPALLAS & ANGSTADT LLP
Robert K. Phillips -135088
Candice A. Mullings-237383
650 California Street, Tenth Floor
San Francisco, California 94108
Telephone: (415) 278-9400
Facsimile: (415) 278-9411

Attorneys for Defendant,
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SANDERS,<br><br>Plaintiff,<br>v.<br><br>WAL-MART STORES, INC., and DOES 1-50, inclusive;<br><br>Defendants. | Case No. C 08-00772 EMC<br><br>WAL-MART STORES, INC.'S PROOF OF SERVICE |

I, the undersigned, declare:

That I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within cause; that my business address is 650 California Street, Tenth Floor, San Francisco, California 94108.

That on **February 5, 2008**, I served the within:

1. CIVIL COVER SHEET
2. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
3. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL
4. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATEJUDGE
5. DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

6. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA
7. ECF REGISTRATION INFORMATION HANDOUT
8. U.S. DISTRICT COURT GUIDELINES AND DROP BOX FILING PROCEDURES

on the parties listed in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office addressed as set forth below in accordance with ordinary business practices for deposit with the United States Postal Service in San Francisco, California. I am readily familiar with my office business practice for collection and processing of correspondence for mailing and the within correspondence will be deposited with the United States Postal Service this date in the ordinary course of business.

**Mark L. Webb**
**Law Offices of Mark Webb**
214 Grant Avenue, Suite 301
San Francisco, CA 94108
t. (415) 621-4500
*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **February 5, 2008**, at San Francisco, California.

Kate Denney