PHILLIPS, SPALLAS & ANGSTADT LLP
Robert K. Phillips -135088
Candice A. Mullings-237383
650 California Street, Tenth Floor
San Francisco, California  94108
Telephone: (415) 278-9400
Facsimile:  (415) 278-9411

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SANDERS,<br><br>       Plaintiff,<br>v.<br><br>WAL-MART STORES, INC., and<br>DOES 1-50, inclusive;<br><br>       Defendants. | Case No. CGC 08-00772 EMC<br><br>JOINT CASE MANAGEMENT STATEMENT<br><br>DATE:  May 7, 2008<br>TIME:  1:30p.m.<br>DEPT:  C, 15th Floor |

   Plaintiff KEVIN SANDERS and Defendant WAL-MART STORES INC. hereby submit this Joint Case Management Statement.

### JURISDICTION AND SERVICE

   This action is a civil action of which this Court has jurisdiction under the provisions of 28 U.S.C. § 1332 and 28 § U.SC. 2201. Pursuant to 28 U.S.C. § 1441(b), Defendant filed a Petition for Removal on February 1, 2008.

   Defendant expects to cross-complain against Merida Industries, the Taiwan company that assembles Mongoose bicycles. Defendant expects that service under the Haight Convention could take six [6] to nine [9] months. Defendant will also pursue cross-complaints against any additional entities who may have manufactured and/or assembled the component of the bike containing the alleged defect.

## FACTS

On December 31, 2007, Plaintiff Kevin Sanders filed a strict products liability action against Wal-Mart. On November 3, 2005, Plaintiff contends that he purchased a defective bicycle from Wal-Mart Store # 2777 in Surprise, Arizona. As alleged, Plaintiff was riding the bike in Arizona on February 8, 2007 when the fork assembly and suspension forks spontaneously separated from the bicycle causing the bicycle to stop in motion and catapult Plaintiff over the handle bars onto his face and head.

As a result, Plaintiff alleges that he was hospitalized at Del Webb Hospital in Surprise, Arizona for six [6] days. A surgical procedure was performed, and Plaintiff's sinuses were removed. Also, five [5] titanium plates and sixty-four [64] screws were placed to reconstruct Plaintiff's upper jaw.

At the time of incident, Plaintiff was employed as an auto-mechanic at Jiffy-Lube. Plaintiff is currently unemployed and alleges that he has not worked since the date of incident. Future loss of earnings are unknown at this time.

## LEGAL ISSUES

The critical legal issues are whether the subject bike contained a 1) manufacturing defect 2) design defect or 3) warning defect when it left the control of Wal-Mart. Further, it will be critical to determine the substantial cause of Plaintiff's injuries.

## MOTIONS

There are no prior or pending motions. The parties expect to file motions in limine.

## AMENDMENT OF PLEADINGS

The parties do not anticipate amending the pleadings.

## EVIDENCE PRESERVATION

The parties have agreed to conduct an inspection of the subject bike which is now located in Arizona. Counsel for Plaintiff has agreed to a joint-site inspection within the next sixty [60] days.

## DISCLOSURES

The parties have timely complied with the initial disclosure requirements of Fed. R. Civ. P. 26

(a)(1). The parties have disclosed witnesses and documents which evidence their claims and defenses.

## DISCOVERY

No formal discovery has been conducted to date. The parties expect to conduct written discovery on liability and damages issues. The parties will conduct depositions of Wal-Mart associates and Plaintiff's treating doctors in Arizona.

## CLASS ACTIONS

Not applicable.

## RELATED CASES

Not applicable.

## RELIEF

Plaintiff seeks past and future medical expenses, past and future loss of wages, and pain and suffering.

## SETTLEMENT AND ADR

Per ADR Local Rule 3-5, the parties met and conferred. The parties filed a Stipulation and Proposed Order Selecting Mediation by the presumptive deadline. Each party filed the ADR Certification by Parties and Counsel.

## CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

The parties consent to proceed before Magistrate Edward M. Chen for all purposes.

## OTHER REFERENCES

Not suitable for binding arbitration.

## NARROWING OF ISSUES

The parties plan to narrow the scope of discovery regarding other similar accidents.

## EXPEDITED SCHEDULE

Not applicable.

## SCHEDULING

Designation of Experts: Per Code

Discovery Cut-off: Thirty [30] days prior to trial date

Pretrial Conference: October

Trial: November

## TRIAL

The parties request a trial by jury and expect that trial will last for seven [7] days.

## DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

Not at this time.

Respectfully submitted,

Dated: April 30, 2008

PHILLIPS, SPALLAS & ANGSTADT LLP

Robert K. Phillips
Candice A. Mullings
Attorneys for Defendant
WAL-MART STORES INC.

Dated: April 30, 2008

LAW OFFICES OF MARK L. WEBB

Mark L. Webb
Attorneys for Plaintiff
KEVIN SANDERS