In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen

CIVIL MINUTES

E-FILING

**Date:** May 7, 2008

**Case No:** C08-0772 EMC            **FTR Time:**   1:34- 1:42 p.m.

**Case Name:**  Kevin Sanders v. Wal-Mart

**Attorneys:**  Mark Webb for Plaintiff
Candice Mullings for Defendant

**Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

CMC - Held

**ORDERED AFTER HEARING:**

1. A trial date has not been set.  Trial will be set at the next case management conference.
2. Parties shall add and serve third party defendant(s) by **11/7/2008.**
3. This case is referred to the Alternative Dispute Resolution program for Mediation.  ADR is to be completed within **120 days.**  Parties shall notify ADR if they decide to proceed with private mediation instead.  Mediation shall be completed by **10/15/2008.**
4. Each side shall be limited to **six (6)** depositions absent stipulation or further order providing otherwise.  The parties may propound reasonable, limited requests for documents and interrogatories.

Court to issue other deadlines in the case management conference order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ]  Court

**Case continued to:** 10/29/08 at 2:30 p.m. for Status Conference.  Joint Status Conference Statement shall be filed by 10/22/08.

**cc:** EMC / ADR