UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN SANDERS,

        Plaintiff,

   v.

WAL-MART STORES, INC.,

        Defendant.
_____/

No. CV08-00772 EMC

**CASE MANAGEMENT ORDER**

Following the Case Management Conference held on **5/7/2008**, IT IS HEREBY ORDERED THAT:

A further case management conference is set for **10/29/2008 at 2:30 p.m.** before Magistrate Judge Chen in Courtroom C, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. Updated joint case management conference statement is due **10/22/2008.**

Pursuant to Fed.R.Civ.P. 16, IT IS FURTHER ORDERED THAT the following case management and pretrial order is entered:

1. A trial date has not been set. Trial will be set at the next case management conference.
2. Parties shall add and serve third party defendant(s) by **11/7/2008.**
3. This case is referred to the Alternative Dispute Resolution program for Mediation. ADR is to be completed within **120 days.** Parties shall notify ADR if they decide to proceed with private mediation instead. Mediation shall be completed by **10/15/2008.**

4. Each side shall be limited to **six (6)** depositions absent stipulation or further order providing otherwise. The parties may propound reasonable, limited requests for documents and interrogatories.

Dated: May 8, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge