ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

May 13, 2008

Mark Lopert Webb
Law Offices of Mark L. Webb
214 Grant Avenue, Suite 301
San Francisco, CA 94108
(415) 621-4500

Robert Kirk Phillips
Candice Alana Mullings
Phillips, Spallas & Angstadt, LLP
650 California Street, 10th Floor
San Francisco, CA 94108
415-278-9400

    Re:    Sanders v. Wal-Mart Stores Inc
            <u>Case No. C 08-00772 EMC MED</u>

Dear Counsel:

      The ADR Program would like to convene a conference call with a member of the ADR Program's legal staff to discuss the Mediation referral. We would like to schedule this for **Wednesday, May 28, 2008 at 10:00 a.m.** Plaintiff's counsel should initiate the call then call the ADR Program's phone conference line 415-522-4603. If you are unavailable at this time, please contact opposing counsel and provide me with three alternate times to reschedule during the same week.

      Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator

/cmf