PHILLIPS, SPALLAS & ANGSTADT LLP
Robert K. Phillips -135088
Candice A. Mullings -237383
650 California Street, Tenth Floor
San Francisco, California 94108
Telephone: (415) 278-9400
Facsimile: (415) 278-9411

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SANDERS,<br><br>Plaintiff,<br>v.<br><br>WAL-MART STORES, INC., and DOES 1-50, inclusive;<br><br>Defendants. | Case No. CGC 08-00772 EMC<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION |

It is HEREBY STIPULATED by and between the parties hereto through their respective counsel that the parties will undergo private mediation instead of the Court's Alternative Dispute Resolution Program for mediation.

IT IS SO STIPULATED:


Dated: June 10, 2008

PHILLIPS, SPALLAS & ANGSTADT LLP

_/s/ Candice Mullings_
Robert K. Phillips
Candice A. Mullings
Attorneys for Defendant
WAL-MART STORES INC.

Dated: 6/13/08

LAW OFFICES OF MARK L. WEBB

_/s/ Mark L. Webb_
Mark L. Webb
Attorneys for Plaintiff
KEVIN SANDERS

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: _____

_____
Edward M. Chen
United States Magistrate Judge