

PLATTNER VERDERAME PC
P.O. BOX 36570
Phoenix, AZ 85067
Telephone: 602-266-2002
E-mail: rplattner@plattner-verderame.com

FILED
JUN 16 2008
RICHARD
CLERK, U.S.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

KEVIN SANDERS, an individual

        Plaintiff(s),

v.

WAL-MART STORES, INC. and DOES 1 through 50 inclusive

        Defendant(s).

CASE NO. C0800772 EMC MED

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Richard S. Plattner, an active member in good standing of the bar of Arizona, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Kevin Sanders in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Mark Webb, 214 Grant Avenue, Suite 301, San Francisco, CA 94108
Phone: 415-621-4500

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 5, 2008

Richard S. Plattner