```
PHILLIPS, SPALLAS & ANGSTADT LLP
Robert K. Phillips -135088
Candice A. Mullings-237383
650 California Street, Tenth Floor
San Francisco, California 94108
Telephone: (415) 278-9400
Facsimile: (415) 278-9411
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SANDERS, <br><br> Plaintiff, <br> v. <br> WAL-MART STORES, INC., and DOES 1-50, inclusive; <br><br> Defendants. | Case No. CGC 08-00772 EMC <br><br> STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION |

It is HEREBY STIPULATED by and between the parties hereto through their respective counsel that the parties will undergo private mediation instead of the Court's Alternative Dispute Resolution Program for mediation. Private mediation shall be completed by 10/15/08.

IT IS SO STIPULATED:

Dated: June 10, 2008

PHILLIPS, SPALLAS & ANGSTADT LLP

_[signature]_
Robert K. Phillips
Candice A. Mullings
Attorneys for Defendant
WAL-MART STORES INC.

- 1 -
STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION
Case No. CGC 08-00772 EMC

Dated: 6/13/08                    LAW OFFICES OF MARK L. WEBB

                                  _____
                                  Mark L. Webb
                                  Attorneys for Plaintiff
                                  KEVIN SANDERS


PURSUANT TO STIPULATION, IT IS SO ORDERED:


Dated: June 18, 2008              _____
                                  Edward M. Chen
                                  United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen