**RECEIVED**
JUN 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

KEVIN SANDERS, an individual

CASE NO. C0800772 EMC MED

Plaintiff(s),

v.

WAL-MART STORES, INC. and DOES 1 through 50 inclusive

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Richard S. Plattner, an active member in good standing of the bar of Arizona whose business address and telephone number (particular court to which applicant is admitted) is

P.O. Box 36570
Phoenix, AZ 85067
Phone: 602-266-2002

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Kevin Sanders.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ggg    June 18, 2008



IT IS SO ORDERED
Judge Edward M. Chen
United States Judge