PHILLIPS, SPALLAS & ANGSTADT LLP
Robert K. Phillips -135088
Candice A. Mullings-237383
650 California Street, Tenth Floor
San Francisco, California 94108
Telephone: (415) 278-9400
Facsimile: (415) 278-9411

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN SANDERS,

    Plaintiff,

v.

WAL-MART STORES, INC., and DOES 1-50, inclusive;

    Defendants.

Case No. CGC 08-00772 EMC

STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION

It is HEREBY STIPULATED by and between the parties hereto through their respective counsel that the parties will undergo private mediation instead of the Court's Alternative Dispute Resolution Program for mediation. Private Mediation shall be completed by 10/15/08.

IT IS SO STIPULATED:

Dated: June 10, 2008

                              PHILLIPS, SPALLAS & ANGSTADT LLP

                              Robert K. Phillips
                              Candice A. Mullings
                              Attorneys for Defendant
                              WAL-MART STORES INC.

Dated: 6/13/08

LAW OFFICES OF MARK L. WEBB

/s/ Mark L. Webb

Mark L. Webb
Attorneys for Plaintiff
KEVIN SANDERS

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: June 18, 2008

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA