1  MARK L. WEBB, ESQ. (SBN 067959)
   LAW OFFICES OF MARK L. WEBB
2  214 Grant Avenue, Suite 301
   San Francisco, CA 94108
3  Telephone:  (415) 621-4500
   Facsimile:   (415) 621-4173
4

5  Attorney for Plaintiff,
   KEVIN SANDERS
6

7                 UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9  KEVIN SANDERS, an individual,           Case No.: C 08-00772 EMC

10          Plaintiff,                     **PLAINTIFF'S WITHDRAWAL OF
                                           MOTION OF COMPEL DISCOVERY**
11          v.
                                           Date: September 17, 2008
12  WAL-MART STORES, INC., and DOES 1      Time: 10:30am
    through 50, inclusive,                 Judge: Honorable Edward M. Chen
13
            Defendants.
14

15
        Plaintiff hereby withdraws its motion to compel discovery scheduled to be heard
16
   before this Honorable Court on September 17, 2008 at 10:30AM.
17

18

19
   DATED: August 25, 2008                  LAW OFFICES OF MARK L. WEBB
20

21                                         By: _____
                                           MARK L. WEBB
22                                         Attorney for Plaintiff Kevin Sanders

23

24

25

26

27

28

Page -1-

*Kevin Sanders v. Wal-Mart Stores, Inc.*
United States District Court Case No.: C 08-00772 EMC

## PROOF OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 214 Grant Avenue, Suite 301, San Francisco, California 94108, in said County and State.

On **August 25, 2008**, I caused to be served the following documents:

**PLAINTIFF'S WITHDRAWAL MOTION TO COMPEL DEPOSITION**

on the parties in this action as follows:

Mr. Robert K. Phillips, Esq.
Mrs. Candice A. Mullings, Esq.
Phillips, Spallas & Angstadt LLP
650 California Street, Tenth Floor
San Francisco, CA 94108
**Telephone: (415) 278-9400**
**Facsimile: (415) 278-9411**

Attorney for Defendants WAL-MART STORES, INC.

☒ [BY MAIL] I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail in San Francisco, California. I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ [BY PERSONAL SERVICE] The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☐ [VIA FACSIMILE] I caused to be transmitted the above-named documents at approximately 5:00 p.m. via facsimile number 415-621-4173. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. The transmission report was properly issued by the transmitting facsimile machine, a copy of which is attached pursuant to Rule 2009(I)(4).

☐ [VIA FEDERAL EXPRESS] I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for deposit with Federal Express for overnight delivery service. Correspondence for collection and processing is either delivered to a courier or driver authorized by Federal Express to receive documents or deposited by an employee or agent of this firm in a box or facility regularly maintained by Federal Express that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **August 25, 2008** at San Francisco, California.

*[signature]*
Jeshawna R. Harrell