1  MARK L. WEBB, ESQ. (SBN 067959)
   LAW OFFICES OF MARK L. WEBB
2  214 Grant Avenue, Suite 301
   San Francisco, CA 94108
3  Telephone: (415) 621-4500
   Facsimile: (415) 621-4173
4

5  Attorney for Plaintiff,
   KEVIN SANDERS
6

7              UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9  KEVIN SANDERS, an individual,        | Case No.: C 08-00772 EMC

10              Plaintiff,               | **PLAINTIFF'S RENOTICE AND MOTION
                                         | TO COMPEL DISCOVERY**
11              v.
                                         | **Date: October 2, 2008**
12  WAL-MART STORES, INC., and DOES 1    | **Time: 10:30am**
    through 50, inclusive,               | **Judge: Honorable Edward M. Chen**
13
                                         |
14              Defendants.

15

16         Despite promises from Defendant Wal-Mart's counsel to cooperate and produce

17  documents and witnesses for depositions such that plaintiff's counsel trusted these promises and

18  withdrew a motion to compel discovery, Defendant Wal-Mart continues, to resist producing

19  documents and witnesses as to clearly relevant and discoverable evidence.  Consequently, plaintiff

20  has no choice but to reschedule his motion to compel.

21         Defendant Wal-Mart insists without even attempting a compromise, that it should only

22  produce documents on other similar front fork detachments of the same model bike as Plaintiff.

23  Yet, this model is one of dozens and constitutes a very small minority of the millions Mongoose

24  bicycles that are sold by Wal-Mart and distributed by Pacific Cycle. Obviously, in a product

25  liability case, a plaintiff has the right to show that a commercial vendor had notice of similar

26  defects in its product line, not just one model of hundreds.  This information not only goes to show

27  that the product was defective but also defendants' knowledge as to the defect, the extent of the

28  defect, the severity of the accidents and any actions taken or not taken to rectify the problem.

    Defendant Wal-Mart's attempt to restrict this discovery is unfair, inconsistent with the Federal

                              Page -1-

1  Rules and inconsistent with the defendants own representations to cooperate in favor in having an

2  intelligent mediation on October 17, 2008.

3        As stated in the initial motion that has been withdrawn plaintiff has been forthright in

4  presenting documents and witnesses (four out of six depositions have already been taken). Yet,

5  plaintiff is forced to bring this motion to ask this Honorable Court's intervention to order basic

6  discovery which should have already voluntarily been produced.

7  DATED: August 28, 2008                    LAW OFFICES OF MARK L. WEBB

8

9                                             By:
                                              MARK L. WEBB
10                                            Attorney for Plaintiff Kevin Sanders

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Kevin Sanders v. Wal-Mart Stores, Inc.*
United States District Court Case No.: C 08-00772 EMC

<u>PROOF OF SERVICE</u>

I, the undersigned, declare as follows:

I am employed in the County of San Francisco, State of California.  I am over the age of eighteen (18) and am not a party to this action.  My business address is 214 Grant Avenue, Suite 301, San Francisco, California 94108, in said County and State.

On **August 28, 2008**, I caused to be served the following documents:

**PLAINTIFF'S RE-NOTICE AND MOTION TO COMPEL DISOCVERY**

on the parties in this action as follows:

Mr. Robert K. Phillips, Esq.
Mrs. Candice A. Mullings, Esq.
Phillips, Spallas & Angstadt LLP
650 California Street, Tenth Floor
San Francisco, CA 94108
**Telephone: (415) 278-9400**
**Facsimile:  (415) 278-9411**

Attorney for Defendants WAL-MART
STORES, INC.

☒  [BY MAIL] I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail in San Francisco, California.  I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐  [BY PERSONAL SERVICE] The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☐  [VIA FACSIMILE] I caused to be transmitted the above-named documents at approximately <u>5:00</u> p.m. via facsimile number 415-621-4173.  The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.  The transmission report was properly issued by the transmitting facsimile machine, a copy of which is attached pursuant to Rule 2009(I)(4).

☐  [VIA FEDERAL EXPRESS] I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for deposit with Federal Express for overnight delivery service.  Correspondence for collection and processing is either delivered to a courier or driver authorized by Federal Express to receive documents or deposited by an employee or agent of this firm in a box or facility regularly maintained by Federal Express that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **August 28, 2008** at San Francisco, California.

Jeshawna R. Harrell

*Kevin Sanders v. Wal-Mart Stores, Inc.*
United States District Court Case No.: C 08-00772 EMC

<div align="center">PROOF OF SERVICE</div>

I, the undersigned, declare as follows:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 214 Grant Avenue, Suite 301, San Francisco, California 94108, in said County and State.

On **August 28, 2008**, I caused to be served the following documents:

<div align="center">**PLAINTIFF'S RE-NOTICE AND MOTION TO COMPEL DISOCVERY**</div>

on the parties in this action as follows:

| | |
|---|---|
| Mr. Robert K. Phillips, Esq. | Mr. Richard S. Plattner, Esq. |
| Mrs. Candice A. Mullings, Esq. | Plattner Verdername, PC |
| Phillips, Spallas & Angstadt LLP | 316 East Flower Street |
| 650 California Street, Tenth Floor | Phoenix, AZ 85067 |
| San Francisco, CA 94108 | **Telephone: (602) 266-2002** |
| **Telephone: (415) 278-9400** | **Facsimile: (602) 266-6908** |
| **Facsimile:  (415) 278-9411** | |

Attorney for Defendants WAL-MART STORES, INC.

☒ [BY MAIL] I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail in San Francisco, California. I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ [BY PERSONAL SERVICE] The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☐ [VIA FACSIMILE] I caused to be transmitted the above-named documents at approximately 5:00 p.m. via facsimile number 415-621-4173. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. The transmission report was properly issued by the transmitting facsimile machine, a copy of which is attached pursuant to Rule 2009(I)(4).

☐ [VIA FEDERAL EXPRESS] I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for deposit with Federal Express for overnight delivery service. Correspondence for collection and processing is either delivered to a courier or driver authorized by Federal Express to receive documents or deposited by an employee or agent of this firm in a box or facility regularly maintained by Federal Express that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **August 28, 2008** at San Francisco, California.

Yeshawna R. Harrell

1  MARK L. WEBB, ESQ. (SBN 067959)
   LAW OFFICES OF MARK L. WEBB
2  214 Grant Avenue, Suite 301
   San Francisco, CA 94108
3  Telephone: (415) 621-4500
   Facsimile:  (415) 621-4173
4

5  Attorney for Plaintiff,
   KEVIN SANDERS
6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9  KEVIN SANDERS, an individual,          | Case No.: C 08-00772 EMC

10           Plaintiff,                     | **MARK L. WEBB'S DECLARATION IN
                                            | SUPPORT OF PLAINTIFF'S RENOTICE**
11               v.                         | **AND MOTION TO COMPEL
                                            | DISCOVERY**
12 WAL-MART STORES, INC., and DOES 1        |
   through 50, inclusive,                   | **Date: October 2, 2008**
13                                          | **Time: 10:30am**
           Defendants.                      | **Judge: Honorable Edward M. Chen**
14

15
       I, Mark L. Webb, declare:
16
       1. I am the attorney of record in this case and I have practiced in state and federal court for
17
   over twenty years.
18
       2. I filed a motion to compel depositions and documents against Wal-Mart because of
19
   their failure to produce witnesses and documents pursuant to federal rules.  This motion was set
20
   for hearing September 17, 2008 and is attached as Exhibit 2.
21
       3. Since the filing of the motion, defendant, through its attorneys, has finally begun a
22
   dialogue to produce witnesses.  However, defendant refuses to produce documents as to other
23
   similar accidents on Mongoose bicycles, insisting that it does not need to and can confine
24
   discovery to only front fork detachments on the model in question, one of dozens of Mongooses
25
   with potentially similar accidents.  Defense counsel Candice Mullings concedes that this model
26
   involves a mere thirty thousand bicycles, a small fraction of the total Mongoose bicycles
27
   distributed.
28

                                    Page -1-

1        4. Based on Mrs. Mulling's representations that she would cooperate in good faith to

2    produce both records and witnesses, I withdrew my motion to compel scheduled for September

3    17, 2008 at her request and to accommodate her.  However, it is clear that she and her supervising

4    partner, Robert Phillips, have no intention of meeting and conferring in producing documents in a

5    good faith effort to compromise.  The latest example of this is that yesterday, August 27th, Mrs.

6    Mullings told me that Mr. Phillips was **unmovable** on restricting discovery.  I asked to speak with

7    him personally and she promised that he would call between 9:00am-10:00am on my personal cell

8    phone today.  As of the time of this motion no such call has been received.

9        5. The depositions notices that are the subject of this motion are attached hereto as exhibit

10   1.

11

12   DATED: August 28, 2008                              LAW OFFICES OF MARK L. WEBB

13

14                                                       By: _____
                                                         MARK L. WEBB

15                                                       Attorney for Plaintiff Kevin Sanders

16

17

18

19

20

21

22

23

24

25

26

27

28

*Kevin Sanders v. Wal-Mart Stores, Inc.*
United States District Court Case No.: C 08-00772 EMC

<u>PROOF OF SERVICE</u>

I, the undersigned, declare as follows:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 214 Grant Avenue, Suite 301, San Francisco, California 94108, in said County and State.

On **August 28, 2008**, I caused to be served the following documents:

**MARK L. WEBB'S DECLARATION IN SUPPORT OF PLAINTIFF'S RE-NOTICE AND MOTION TO COMPEL DISOCVERY**

on the parties in this action as follows:

Mr. Robert K. Phillips, Esq.
Mrs. Candice A. Mullings, Esq.
Phillips, Spallas & Angstadt LLP
650 California Street, Tenth Floor
San Francisco, CA 94108
**Telephone: (415) 278-9400**
**Facsimile: (415) 278-9411**

Attorney for Defendants WAL-MART
STORES, INC.

☒ [BY MAIL] I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail in San Francisco, California. I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ [BY PERSONAL SERVICE] The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☐ [VIA FACSIMILE] I caused to be transmitted the above-named documents at approximately <u>5:00</u> p.m. via facsimile number 415-621-4173. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. The transmission report was properly issued by the transmitting facsimile machine, a copy of which is attached pursuant to Rule 2009(I)(4).

☐ [VIA FEDERAL EXPRESS] I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for deposit with Federal Express for overnight delivery service. Correspondence for collection and processing is either delivered to a courier or driver authorized by Federal Express to receive documents or deposited by an employee or agent of this firm in a box or facility regularly maintained by Federal Express that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **August 28, 2008** at San Francisco, California.

*Jeshawna R. Harrell*

Jeshawna R. Harrell

*Kevin Sanders v. Wal-Mart Stores, Inc.*
United States District Court Case No.: C 08-00772 EMC

<div align="center">

PROOF OF SERVICE

</div>

I, the undersigned, declare as follows:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 214 Grant Avenue, Suite 301, San Francisco, California 94108, in said County and State.

On **August 28, 2008**, I caused to be served the following documents:

<div align="center">

**MARK L. WEBB'S DECLARATION IN SUPPORT OF PLAINTIFF'S RE-NOTICE AND MOTION TO COMPEL DISOCVERY**

</div>

on the parties in this action as follows:

| | |
|---|---|
| Mr. Robert K. Phillips, Esq. | Mr. Richard S. Plattner, Esq. |
| Mrs. Candice A. Mullings, Esq. | Plattner Verdername, PC |
| Phillips, Spallas & Angstadt LLP | 316 East Flower Street |
| 650 California Street, Tenth Floor | Phoenix, AZ 85067 |
| San Francisco, CA 94108 | **Telephone: (602) 266-2002** |
| **Telephone: (415) 278-9400** | **Facsimile: (602) 266-6908** |
| **Facsimile:  (415) 278-9411** | |

Attorney for Defendants WAL-MART STORES, INC.

☒ [BY MAIL] I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail in San Francisco, California. I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ [BY PERSONAL SERVICE] The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☐ [VIA FACSIMILE] I caused to be transmitted the above-named documents at approximately 5:00 p.m. via facsimile number 415-621-4173. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. The transmission report was properly issued by the transmitting facsimile machine, a copy of which is attached pursuant to Rule 2009(I)(4).

☐ [VIA FEDERAL EXPRESS] I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for deposit with Federal Express for overnight delivery service. Correspondence for collection and processing is either delivered to a courier or driver authorized by Federal Express to receive documents or deposited by an employee or agent of this firm in a box or facility regularly maintained by Federal Express that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **August 28, 2008** at San Francisco, California.

*Jeshawna R. Harrell*
Jeshawna R. Harrell

# EXHIBIT 1

1   MARK L. WEBB , ESQ. (SBN 067959)
    LAW OFFICES OF MARK L. WEBB
2   214 Grant Avenue, Suite 301
    San Francisco, CA 94108
3   Telephone: (415) 621-4500
    Facsimile: (415) 621-4173
4

5

    Attorney for Plaintiff,
6   KEVIN SANDERS

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  KEVIN SANDERS, an individual,          Case No.: C 08-00772 EMC

11                Plaintiff,               NOTICE OF TAKING DEPOSITION OF
                                           PERSON MOST KNOWLEDGEABLE
12                 v.                      WITH REQUEST FOR PRODUCTION OF
                                           DOCUMENTS
13

14  WAL-MART STORES, INC., and DOES 1
    through 50, inclusive,
15                                         DATE: August 26, 2008
                                           PLACE: Gramann Reporting,
16                Defendants.              14 W. Mifflin Street
                                           Suite 311, Madison , WI 53703
17

18

19  TO DEFENDANTS HEREIN AND TO THEIR ATTORNEYS OF RECORD:

20        1. PLEASE TAKE NOTICE that Plaintiff, by and through counsel will take the depositions

21  of PERSON MOST KNOWLEDGEABLE about the other similar front fork assembly detachment

22  claims on Mongoose bicycles from 2003 through the present before a certified shorthand reporter

23  on August 26, 2008 at 10:00am PDT / 12:00pm CDT.   PLEASE TAKE FURTHER NOTICE that

24  the deponent identified below is required to produce at said deposition the following

25  documents/items for copying and examination, pursuant to California Code of Civil Procedure §

26  2025.280:

27        i.    Any and all photographs and/or documents, including memoranda and letters from

28              customers or their attorneys reporting similar such front fork assembly detachment

on Mongoose bicycles from 2003 through the present.

   ii.  Any and all pleadings or lawsuit documents regarding such claims as described in document request number one.

   iii.  Any and all internal memorandum discussing the number, type or frequency of such front fork detachments, including but not limited to discussions of changing the design.

2. PLEASE TAKE NOTICE that Plaintiff, by and through counsel will take the depositions of PERSON MOST KNOWLEDGEABLE about the design of the front fork assembly, specifically its attachment to the neck of the Mongoose 26" Men's EFX before a certified shorthand reporter on August 26, 2008 at 12:00pm PDT / 2:00pm CDT.   PLEASE TAKE FURTHER NOTICE that the deponent identified below is required to produce at said deposition the following documents/items for copying and examination, pursuant to California Code of Civil Procedure § 2025.280:

   i.  Any and all photographs, memoranda or letters reflecting the decision to design the assembly of the Mongoose 26" Men's EFX bicycle.

   ii.  Specification sheets displaying the manner in which the front fork assembly is connected to the neck, including photographs and drawings, for the Mongoose 26" Men's EFX bicycle.

   iii.  Any and all documents reflecting tests performed to assess the durability of the front fork assembly design for the Mongoose 26" Men's EFX bicycle.

3. PLEASE TAKE NOTICE that Plaintiff, by and through counsel will take the depositions of PERSON MOST KNOWLEDGEABLE about alternative designs for front fork assembly attachment on Mongoose bicycles distributed between 2003 and 2008 before a certified shorthand reporter on August 26, 2008 at 2:00pm PDT / 4:00pm CDT.  PLEASE TAKE FURTHER NOTICE that the deponent identified below is required to produce at said deposition the following documents/items for copying and examination, pursuant to California Code of Civil Procedure § 2025.280:

    i.   Any and all photographs, memoranda or letters reflecting the decision to design this assembly.

    ii.   Spec sheets displaying the manner in which the front fork assembly is connected to the neck this requests includes photographs and drawings

    iii.   Any and all documents reflecting tests performed to assess the durability of this front fork assembly design.

. These depositions will be conducted by videotape via ~~tele~~ VIDEO conferencing for possible use at trial. Said deposition will commence at the above date and time, and continue from day to date, thereafter, Sundays and holidays excluded, until completed. The proof of service, attached hereto and made a part hereof by this reference, sets forth a list of all person served with this Notice.

DATED: August 13, 2008                    LAW OFFICES OF MARK L. WEBB

                                         MARK L. WEBB

1

2                              <u>PROOF OF SERVICE</u>

3    I, the undersigned, declare as follows:

4          I am employed in the County of San Francisco, State of California.  I am over the age of
     eighteen (18) and am not a party to this action.  My business address is 214 Grant Avenue, Suite
5    301., San Francisco, California 94108, in said County and State.

6          On August 14, 2008 caused to be served the following documents:
     NOTICE OF DEPOSITION FOR THE PERSON MOST KNOWLEDGEABLE AT PACIFIC
7    CYCLE AND REQUEST FOR PRODUCTION OF DOCUMENTS.

8          on the parties in this action as follows:

     Mrs. Candice Mullings, Esq.
9    Phillips, Spallas & Angstadt LLP
     650 California Street, Tenth Floor
10   San Francisco, California 94108

11
     Attorney for Defendant Wal-Mart Stores, Inc.
12

13   ☐   [BY MAIL] I caused each such envelope, with postage thereon fully prepaid, to be placed
         in the United States mail in San Francisco, California.  I am "readily familiar" with the
14       practice of The Law Offices of Mark L. Webb for collection and processing of
         correspondence for mailing, said practice being that in the ordinary course of business,
15       mail is deposited in the United States Postal Service the same day as it is placed for
         collection.
16

17   ☒   [BY PERSONAL SERVICE] The person whose name is noted below caused to be
         delivered by hand each such envelope to the addressee(s) noted above.

18   ☐   [VIA FACSIMILE] I caused to be transmitted the above-named documents at
         approximately <u>4:45p</u>.m. via facsimile number 415-621-4173.  The facsimile machine I
19       used complied with Rule 2003(3) and no error was reported by the machine.   The
         transmission report was properly issued by the transmitting facsimile machine, a copy of
20       which is attached pursuant to Rule 2009(I)(4).

21   ☐   [VIA FEDERAL EXPRESS] I am "readily familiar" with the practice of The Law Offices
         of Mark L. Webb for collection and processing of correspondence for deposit with Federal
22       Express for overnight delivery service.  Correspondence for collection and processing is
         either delivered to a courier or driver authorized by Federal Express to receive documents
23       or deposited by an employee or agent of this firm in a box or facility regularly maintained
         by Federal Express that same day in the ordinary course of business.
24

25         I declare under penalty of perjury under the laws of the State of California that the
     foregoing is true and correct.  Executed on August 14, 2008 in San Francisco, California.

26

27                              _Jeshawna R. Harrell_
                                Jeshawna R. Harrell

28

1   MARK L. WEBB , ESQ. (SBN 067959)
    LAW OFFICES OF MARK L. WEBB
2   214 Grant Avenue, Suite 301
    San Francisco, CA 94108
3   Telephone: (415) 621-4500
    Facsimile: (415) 621-4173
4

5

    Attorney for Plaintiff,
6   KEVIN SANDERS

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10  KEVIN SANDERS, an individual,        Case No.: C 08-00772 EMC

11          Plaintiff,                   AMENDED NOTICE OF TAKING
                                         DEPOSITION OF BRENDA WINN OR THE
12          v.                           PERSON MOST KNOWLEDGEABLE AT
                                         WAL-MART STORES, INC. WITH
13                                       REQUEST FOR PRODUCTION OF
14  WAL-MART STORES, INC., and DOES 1    DOCUMENTS
    through 50, inclusive,
15
            Defendants.
16                                       DATE: August 27, 2008
                                         TIME: 10:00 PDT/12:00 CDT
17                                       PLACE: Donald Court Reporting
                                         116 South Walton Blvd.
18                                       Bentonville, AR 72712

19

20
    TO DEFENDANTS HEREIN AND TO THEIR ATTORNEYS OF RECORD:
21
            PLEASE TAKE NOTICE that Plaintiff, by and through counsel will take the deposition of
22
    BRENDA WINN OR THE PERSON MOST KNOWLEDGEABLE about other similar front fork
23
    assembly detachment claims on Mongoose bicycles from 2003 through the present before a
24
    certified shorthand reporter. This deposition will be conducted by videotape via video
25
    conferencing for possible use of trial.
26
            Said deposition will commence at the above date and time, and continue from day to date,
27
    thereafter, Sundays and holidays excluded, until completed. The proof of service, attached hereto
28

and made a part hereof by this reference, sets forth a list of all person served with this Notice.

PLEASE TAKE FURTHER NOTICE that the deponent identified above is required to produce at said deposition the following documents/items for copying and examination, pursuant to California Code of Civil Procedure § 2025.280:

    i.   Any and all photographs and/or documents, including memoranda and letters from customers or their attorneys reporting similar such front fork assembly detachment on Mongoose bicycles from 2003 through the present.

    ii.   Any and all pleadings or lawsuit documents regarding such claims as described in document request number one.

    iii.   Any and all internal memorandum discussing the number, type or frequency of such front fork detachments, including but not limited to discussions of changing the design.

DATED: August 13, 2008

LAW OFFICES OF MARK L. WEBB

MARK L. WEBB

| | |
|---|---|
| 1 | <div align="center">PROOF OF SERVICE</div> |
| 2 | I, the undersigned, declare as follows: |
| 3 |     I am employed in the County of San Francisco, State of California.  I am over the age of |
| 4 | eighteen (18) and am not a party to this action.  My business address is 214 Grant Avenue, Suite 301., San Francisco, California 94102, in said County and State. |
| 5 |     On August 14, 2008 caused to be served the following documents: |
| 6 | AMENDED NOTICE OF DEPOSITION OF BRENDA WINN OR THE PERSON MOST KNOWLEDGABLE AT WAL-MART STORES, INC. AND REQUEST FOR THE |
| 7 | PRODUCTION OF DOCUMENTS |
| 8 |     on the parties in this action as follows: |
|   | Mrs. Candice A. Mullings, Esq. |
| 9 | Phillips, Spallas & Angstadt, LLP |
|   | 650 California Street, Tenth Floor |
| 10 | San Francisco, CA 94105 |
|   | Telephone: (415) 278-9400 |
| 11 | Facsimile: (415) 278-9411 |
| 12 | |
|   | Attorney for Defendants WAL-MART STORES, INC. |
| 13 | |

I, the undersigned, declare as follows:

    I am employed in the County of San Francisco, State of California.  I am over the age of eighteen (18) and am not a party to this action.  My business address is 214 Grant Avenue, Suite 301., San Francisco, California 94102, in said County and State.

    On August 14, 2008 caused to be served the following documents:

AMENDED NOTICE OF DEPOSITION OF BRENDA WINN OR THE PERSON MOST KNOWLEDGABLE AT WAL-MART STORES, INC. AND REQUEST FOR THE PRODUCTION OF DOCUMENTS

    on the parties in this action as follows:

Mrs. Candice A. Mullings, Esq.
Phillips, Spallas & Angstadt, LLP
650 California Street, Tenth Floor
San Francisco, CA 94105
Telephone: (415) 278-9400
Facsimile: (415) 278-9411

Attorney for Defendants WAL-MART STORES, INC.

☐     [BY MAIL] I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail in San Francisco, California.  I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☒     [BY PERSONAL SERVICE] The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☐     [VIA FACSIMILE] I caused to be transmitted the above-named documents at approximately 4:45p.m. via facsimile number 415-621-4173.  The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.  The transmission report was properly issued by the transmitting facsimile machine, a copy of which is attached pursuant to Rule 2009(I)(4).

☐     [VIA FEDERAL EXPRESS] I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for deposit with Federal Express for overnight delivery service.  Correspondence for collection and processing is either delivered to a courier or driver authorized by Federal Express to receive documents or deposited by an employee or agent of this firm in a box or facility regularly maintained by Federal Express that same day in the ordinary course of business.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on August 14, 2008 in San Francisco, California.

_Jeshawna R. Harrell_
Jeshawna R. Harrell

# EXHIBIT 2

1 | MARK L. WEBB, ESQ. (SBN 067959)
LAW OFFICES OF MARK L. WEBB
2 | 214 Grant Avenue, Suite 301
San Francisco, CA 94108
3 | Telephone:  (415) 621-4500
Facsimile:   (415) 621-4173

4

5 | Attorney for Plaintiff,
KEVIN SANDERS

6

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA

9 | KEVIN SANDERS, an individual,          Case No.: C 08-00772 EMC

10 | Plaintiff,                            **MOTION TO COMPEL DEPOSITION**

11 | v.                                    **Date: September 17, 2008**
**Time: 10:30am**
12 | WAL-MART STORES, INC., and DOES 1      **Judge: Honorable Edward M. Chen**
through 50, inclusive,

13

14 | Defendants.

15

16 |      This Honorable Court ordered depositions to go forward in this case on both sides. Plaintiff

17 | has already provided a six hour deposition and three plaintiff's witnesses are scheduled to proceed

18 | next week, the week of August 11th, in Arizona.  Yet, defendant continues to refuse to provide any

19 | documents about similar accidents or about the identity of the subject bicycle, even though they

20 | have known about this accident for almost a year. Plaintiff has produced the following documents:

21 |           1. Photos of the bicycle
2. Photos of Kevin Sanders
22 |           3. Two Police Reports
4. Mongoose Owners Manual
23 |           5. All of Kevin Sanders Medical Records
6. Wal-Mart Sale Slip for bicycle
24 |           7. Emails from Pacific Cycle's lawyer to Richard Plattner a year ago making it clear that
this claim was known about and the bicycle had already been photographed with an
25 |           attempted identification.

26

27 |      Notices of depositions for executives of Walmart on prior similar accidents and Pacific

28 | Cycle executives on prior similar accidents and on the identity of this bicycle have been properly

Page -1-

1  served and ignored by the defense. (See Exhibit 1). Also, a meet and confer letter has been sent.

2  (See Exhibit 2).

3          This Court ordered on May 7, 2008, that both sides are entitled to six depositions without

4  further court order so that a productive and intelligent mediation with the Honorable Harry Low

5  could go forward before the next Case Management Conference of October 29, 2008. Though both

6  sides have agreed to a mediation firm date with the Honorable Harry Low on October 17th, the

7  defense has not provided any documents despite plaintiff giving them everything in his file,

8  including medical records.

9          Therefore, plaintiff requests that defendant be ordered to produce witnesses and documents

10  at deposition as well as documents that fall under Federal Rule 26 that should be automatically

11  produced forthwith. Since this is a product liability case, all documents identifying this product as

12  well as evidence of other similar accidents come under the dictates of Rule 26. Also, since plaintiff

13  worked at Walmart prior to the accident and defendant has his personnel file, this too should also

14  be automatically produced.

15          Rule 26 of the Federal Rules of Civil Procedure is intended to provide all parties with all

16  basic and fundamental discovery automatically and voluntarily, eliminating gamesmanship and

17  unnecessary motions:

18          Rule 26 – Duty to Disclose; General Provisions Governing Discovery
            (i) the name and, if known, the address and telephone number of each individual likely to
19          have discoverable information, along with the subjects of that information, that the
            disclosing party may use to support its claims or defenses, unless the use would be solely
20          for impeachment.
            (ii) A copy or a description by category or location of all documents, electrically stored
21          information, and tangible things that the disclosing party has in its possession, custody or
            control and may use to supports its claims or defenses, unless the use would be solely for
22          impeachment."

23

24          In this case, defendant Walmart initially chose to remove a state court action to federal

25  court, knowing full well the discovery provisions are different and more demanding here. Now,

26  however, defendant has refused to fulfill its basic obligations despite repeated attempts by

27  Plaintiff's counsel complying meticulously with Rule 26.

28          It is regrettable and unfortunate that this motion must be brought for what has already been

ordered by this Court.

1    DATED: August 6, 2008                    LAW OFFICES OF MARK L. WEBB

2

3                                             By:
                                              MARK L. WEBB
4                                             Attorney for Plaintiff Kevin Sanders

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Kevin Sanders v. Wal-Mart Stores, Inc.*
United States District Court Case No.: C 08-00772 EMC

<u>PROOF OF SERVICE</u>

I, the undersigned, declare as follows:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 214 Grant Avenue, Suite 301, San Francisco, California 94108, in said County and State.

On **August 6, 2008**, I caused to be served the following documents:

on the parties in this action as follows:

Mr. Robert K. Phillips, Esq.
Mrs. Candice A. Mullings, Esq.
Phillips, Spallas & Angstadt LLP
650 California Street, Tenth Floor
San Francisco, CA 94108
**Telephone: (415) 278-9400**
**Facsimile:  (415) 278-9411**

Attorney for Defendants WAL-MART
STORES, INC.

☒  [BY MAIL] I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail in San Francisco, California. I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐  [BY PERSONAL SERVICE] The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☒  [VIA FACSIMILE] I caused to be transmitted the above-named documents at approximately <u>5:00</u> p.m. via facsimile number 415-621-4173. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. The transmission report was properly issued by the transmitting facsimile machine, a copy of which is attached pursuant to Rule 2009(I)(4).

☐  [VIA FEDERAL EXPRESS] I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for deposit with Federal Express for overnight delivery service. Correspondence for collection and processing is either delivered to a courier or driver authorized by Federal Express to receive documents or deposited by an employee or agent of this firm in a box or facility regularly maintained by Federal Express that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **August 6, 2008** at San Francisco, California.

Blanca J. Burke

# EXHIBIT 1

1  MARK L. WEBB, ESQ. (SBN 067959)
   LAW OFFICES OF MARK L. WEBB
2  214 Grant Avenue, Suite 301
   San Francisco, CA 94108
3  Telephone: (415) 621-4500
   Facsimile: (415) 621-4173
4

5  Attorney for Plaintiff,
   KEVIN SANDERS
6

7                 UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9  KEVIN SANDERS, an individual,        | Case No.: C 08-00772 EMC

10            Plaintiff,                  | **NOTICE OF TAKING DEPOSITION OF JAMES KLOSS WITH REQUEST FOR PRODUCTION OF DOCUMENTS**

11               v.

12  WAL-MART STORES, INC., and DOES 1
    through 50, inclusive,                | **DATE: August 12, 2008**
13                                        | **TIME: 12:00 PM**
              Defendants.                 | **PLACE: Plattner & Verderame, 316 E**
14                                        | **Flower St, Phoenix, AZ 85012**

15

16  TO DEFENDANTS HEREIN AND TO THEIR ATTORNEYS OF RECORD:

17      PLEASE TAKE NOTICE that Plaintiffs, by and through counsel will take the deposition

18  of JAMES KLOSS before a certified shorthand reporter.

19      Said deposition will commence at the above date and time, and continue from day to date,

20  thereafter, Sundays and holidays excluded, until completed. The Proof of Service, attached hereto

21  and made a part hereof by this reference, sets forth a list of all person served with this Notice.

22      PLEASE TAKE FURTHER NOTICE that the deponent identified above is required to

23  produce at said deposition the following documents/items for copying and examination, pursuant

24  to California Code of Civil Procedure § 2025.280:

25      1.  Any and all photos and documents pertaining to subject bike.

26  DATED: July 25, 2008                   LAW OFFICES OF MARK L. WEBB

27

28                                         _____
                                           MARK L. WEBB

1

2

**PROOF OF SERVICE**

3

I, the undersigned, declare as follows:

4

      I am employed in the County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 414 Gough Street, Suite Two., San Francisco, California 94102, in said County and State.

5

      On **August 6, 2008** caused to be served the following documents:

6

7

      on the parties in this action as follows:

8

Mr. Robert K. Phillips, Esq.
Mrs. Candice A. Mullings, Esq.

9

Phillips, Spallas & Angstadt LLP
650 California Street, Tenth Floor

10

San Francisco, CA 94108
**Telephone: (415) 278-9400**

11

**Facsimile:  (415) 278-9411**

12

Attorney for Defendants WAL-MART STORES, INC.

13

14

☒    [BY MAIL] I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail in San Francisco, California. I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

15

16

17

☐    [BY PERSONAL SERVICE] The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

18

19

☒    [VIA FACSIMILE] I caused to be transmitted the above-named documents at approximately 4:45p.m. via facsimile number 415-621-4173. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. The transmission report was properly issued by the transmitting facsimile machine, a copy of which is attached pursuant to Rule 2009(I)(4).

20

21

☐    [VIA FEDERAL EXPRESS] I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for deposit with Federal Express for overnight delivery service. Correspondence for collection and processing is either delivered to a courier or driver authorized by Federal Express to receive documents or deposited by an employee or agent of this firm in a box or facility regularly maintained by Federal Express that same day in the ordinary course of business.

22

23

24

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **August 6, 2008** in San Francisco, California.

25

26

                                      Blanca J. Burke

27

28

1  MARK L. WEBB , ESQ. (SBN 067959)
   LAW OFFICES OF MARK L. WEBB
2  214 Grant Avenue, Suite 301
   San Francisco, CA 94108
3  Telephone: (415) 621-4500
   Facsimile: (415) 621-4173
4

5

6  Attorney for Plaintiff,
   KEVIN SANDERS
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10  KEVIN SANDERS, an individual,          Case No.: C 08-00772 EMC

11                                         NOTICE OF TAKING DEPOSITION OF
            Plaintiff,                     PERSON MOST KNOWLEDGEABLE
12                                         WITH REQUEST FOR PRODUCTION OF
                v.                         DOCUMENTS
13

14  WAL-MART STORES, INC., and DOES 1
    through 50, inclusive,
15                                         DATE: August 11, 2008
                                           TIME: 12:00 PM
16          Defendants.                    PLACE: Gramann Reporting,
                                           14 W. Mifflin Street
17                                         Suite 311, Madison , WI 53703

18

19
    TO DEFENDANTS HEREIN AND TO THEIR ATTORNEYS OF RECORD:
20
            PLEASE TAKE NOTICE that Plaintiffs, by and through counsel will take the deposition
21
    of PERSON MOST KNOWLEDGEABLE ABOUT WHETHER SUBJECT BIKE IN THIS
22
    CASE WAS IMPORTED AND/OR DISTRIBUTED BY PACIFIC CYCLE TO WALMART
23
    before a certified shorthand reporter. This deposition will be conducted by videotape via
24
    teleconferencing for possible use of trial.
25
            Said deposition will commence at the above date and time, and continue from day to date,
26
    thereafter, Sundays and holidays excluded, until completed. The Proof of Service, attached hereto
27
    and made a part hereof by this reference, sets forth a list of all person served with this Notice.
28
            PLEASE TAKE FURTHER NOTICE that the deponent identified above is required to

produce at said deposition the following documents/items for copying and examination, pursuant

to California Code of Civil Procedure § 2025.280:

        1.    Any and all photos and documents pertaining to subject bike.

        2. Any and all documents that indicate where this bike derived from.

        3. Any and all documents or memoranda showing other bikes within the last ten years

that have the mongoose label "were knockoffs", meaning not in fact Pacific Cycle

products.


DATED: July 25, 2008                    LAW OFFICES OF MARK L. WEBB



                                              _____

                                              MARK L. WEBB

Bottom of Form

<u>PROOF OF SERVICE</u>

I, the undersigned, declare as follows:

     I am employed in the County of San Francisco, State of California.  I am over the age of eighteen (18) and am not a party to this action.  My business address is 414 Gough Street, Suite Two., San Francisco, California 94102, in said County and State.

     On August 5, 2008 caused to be served the following documents:

     on the parties in this action as follows:

Mr. Stephen M. Hayes, Esq.
Mr. Robert McLay, Esq.
Hayes Davis Bonino Elligson McLay & Scott
203 Redwood Shores Parkway, Suite 480
Redwood Shores, California 94605

Attorney for Defendants

☒   [BY MAIL] I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail in San Francisco, California.  I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐   [BY PERSONAL SERVICE] The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☒   [VIA FACSIMILE] I caused to be transmitted the above-named documents at approximately <u>4:45p</u>.m. via facsimile number 415-621-4173.  The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.  The transmission report was properly issued by the transmitting facsimile machine, a copy of which is attached pursuant to Rule 2009(I)(4).

☐   [VIA FEDERAL EXPRESS] I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for deposit with Federal Express for overnight delivery service.  Correspondence for collection and processing is either delivered to a courier or driver authorized by Federal Express to receive documents or deposited by an employee or agent of this firm in a box or facility regularly maintained by Federal Express that same day in the ordinary course of business.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on August 5, 2008 in San Francisco, California.

Blanca J. Burke

# EXHIBIT 2



LAW OFFICES OF

# MARK L. WEBB

A PROFESSIONAL CORPORATION

*Attorneys at Law*

MARK L. WEBB
*Former U.S. Department of Justice Prosecutor*

July 31, 2008
VIA FAX

Ms. Candice Mullings
Phillips, Spallas & Angstadt LLP
650 California Street, Tenth Floor
San Francisco, CA 94105

Re:     Kevin Sanders v. Wal-Mart Stores Inc.
        U.S. District Court Case No.: C 08-00772 EMC

Dear Ms. Mullings:

I was extremely disappointed in you to have made such a fuss over insisting on going forward with Kevin's deposition regarding his prior Wal-Mart employment, even though you did not give us the records from his employment file. It is true I had not formally asked for those records until Tuesday July 29th. But it also true that such documents would contain admissions and conversations that are discoverable and that are to be *automatically* produced by you.

To date we have voluntarily produced the following:
1. Photos of the bicycle
2. Photos of Kevin Sanders
3. Two Police Reports
4. Mongoose Owners Manual
5. All of Kevin Sanders Medical Records
6. Wal-Mart Sale Slip for bicycle
7. Emails from Pacific Cycle's lawyer to Richard Plattner a year ago making it clear that this claim was known about and the bicycle had already been photographed with an attempted identification.

You, on the other hand, have given us *not one document or agreed to one deposition* from your side.

It is unbelievable to me that you have not been informed of these bike inspections by James Kloss on Pacific Cycle's behalf. It also unbelievable to me that after four hours of inspection by an experienced Walmart bicycle expert you cannot deduce what model this bike is even though it clearly says Mongoose on it. Either it is Pacific Cycles' or it is not. If it is not, let us pursue the issue of why Wal-Mart is selling a Mongoose bike that is not distributed by Pacific Cycle.

You have been on notice from me that we want to depose persons at both Pacific Cycle( a co insured) and Wal-Mart regarding identity of this bike, *which we now suspect is counterfeit*. We wish to know also of *other similar incidents* involving front fork assembly detachment which are clearly relevant. Even though we have noticed depositions, you continue to refuse to confirm dates. While you may have an excuse in not being able to identify this bicycle and therefore not be able to produce a PMK on its origin, there is *no excuse* for failing to produce people at Wal-Mart and Pacific Cycle most knowledgeable about other front fork assembly detachments. I know from prior litigation that Wal-Mart maintains records at its claims management division on precisely this point; I assume Pacific Cycle does the same.

Unless I hear back from you with firm deposition dates on those subjects explained above, I intend to cancel all Arizona depositions and make a motion to Judge Chen to compel you to produce witnesses and documents for depositions.

I sincerely hope that we can iron out these issues and move forward to discover everything we need to have a productive mediation in October. However, if you are not willing to give as well as to get, we will need court intervention.

Sincerely,

Law Offices of Mark Webb

Mark L. Webb, Esq.

CC. Rob Phillips, Esq.
Richard Plattner, Esq.

MARK L. WEBB, ESQ. (SBN 067959)
LAW OFFICES OF MARK L. WEBB
214 Grant Avenue, Suite 301
San Francisco, CA 94108
Telephone: (415) 621-4500
Facsimile: (415) 621-4173

Attorney for Plaintiff,
KEVIN SANDERS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SANDERS,<br><br>        Plaintiff,<br><br>        v.<br><br>WAL-MART STORES, INC., and DOES 1<br>through 50, inclusive,<br><br>        Defendants. | Case No.: C 08-01926 MMC<br><br>**DECLARATION OF MARK L. WEBB** |

I, Mark L. Webb, declare:

1. I am attorney of record in this case and I have practiced in the court of this state and federal court for over 20 years.

2. On May 7th this Honorable Court ordered that this case go forward to mediation by October 2, 2008, with the Honorable Harry Low of JAMS. Both parties agreed through their attorneys to the return date and to mediator Justice Low. The Court granted defendants' request for six depositions per side to take place by the time of the mediation to allow both sides to assess the case and attempt settlement.

3. In consideration of these facts, plaintiff's counsel, without formal request by the defense, provided the defense with numerous documents, as follows:

    1. Photos of the bicycle
    2. Photos of Kevin Sanders
    **3.** Two Police Reports
    4. Mongoose Owners Manual
    5. All of Kevin Sanders Medical Records
    6. Wal-Mart Sale Slip for bicycle

7. Emails from Pacific Cycle's lawyer to Richard Plattner a year ago making it clear that this claim was known about and the bicycle had already been photographed with an attempted identification.

4. Plaintiff has also subjected himself to a six hour deposition, which was completed on July 30, 2008. Three more depositions are scheduled for the defense to take in Arizona next week.

5. I have both written and verbally asked that defendants produce the person most knowledgeable in two areas necessary for our evaluation of this case; (1) employees of Walmart and of Pacific Cycle ( a coinsured under the insurance policy), as to other similar front fork detachment cases, (2) persons most knowledgeable about manufacture and distribution of the subject bicycle.

6. Even though the defense had an opportunity to inspect and photograph this bicycle in Phoenix Arizona and sent those photos to Pacific Cycle and, again, had a four hour inspection by their chosen bike expert June 8, 2008, defendants continue to claim that they cannot identify this bike. This raises the potential issues of a counterfeit Mongoose bicycle somehow being sold at Walmart without the authorization of Pacific Cycle , who exclusively distribute Mongoose bicycles.

7. As of this writing and despite notices properly served for depositions next week, the defense has ignored these deposition notices and documents requests. Furthermore, the defense has ignored Rule 26 in failing to provide names and identity of persons who have *basic knowledge* of this bicycle and the front fork detachment, all of which is in violation of Rule 26. Indeed, it was on the record as long ago as May 7, 2008 that I informed the Court and defense counsel that these depositions would be necessary. Nevertheless, there is no indication from the defense that they intend to comply.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: August 6, 2008

LAW OFFICES OF MARK L. WEBB

By: 

Mark L. Webb, Esq.

-2-