**United States District Court**

For the Northern District of California

1
2
3
4
5                              UNITED STATES DISTRICT COURT

6                             NORTHERN DISTRICT OF CALIFORNIA

7
8   KEVIN SANDERS, an individual,                    No. C08-0772 EMC

             Plaintiff,
9                                                    **CLERK'S NOTICE**

        v.
10
    WAL-MART STORES, INC., et al.,
11
             Defendants.
12   _____/

13

14  TO ALL PARTIES AND COUNSEL OF RECORD:

15         YOU ARE NOTIFIED THAT the hearing on **PLAINTIFF'S SECOND MOTION TO**

16  **COMPEL DISCOVERY (Docket #23)** is **reset** from October 2, 2008 at 10:30 a.m. to **October 8, 2008**

17  **at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate

18  Avenue, San Francisco, California 94102.  Opposition shall be filed by September 17, 2008.  Reply shall

19  be filed by September 24, 2008.

20

21  Dated:  September 10, 2008

22                                              FOR THE COURT,
                                                Richard W. Wieking, Clerk
23

24

25                                              by:  _____
                                                     Betty Fong
26                                                   Courtroom Deputy

27

28