PHILLIPS, SPALLAS & ANGSTADT LLP
Robert K. Phillips -135088
Candice A. Mullings-237383
650 California Street, Tenth Floor
San Francisco, California 94108
Telephone: (415) 278-9400
Facsimile: (415) 278-9411

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SANDERS,<br><br>        Plaintiff,<br>v.<br><br>WAL-MART STORES, INC., and<br>DOES 1-50, inclusive;<br><br>        Defendants. | Case No. CGC 08-00772 EMC<br><br>DEFENDANT'S STATUS CONFERENCE STATEMENT ; ORDER<br><br>DATE: October 29, 2008<br>TIME: 2:30p.m.<br>DEPT: C, 15th Floor |

TO THE COURT AND ALL PARTIES:

This entire case settled at the Mediation on October 17, 2008. A request for dismissal with prejudice will be filed within 45 days after the date of settlement. Accordingly, Defendant respectfully requests that the Status Conference scheduled for October 29, 2008 at 2:30p.m. be vacated.

Respectfully Submitted,

Dated: October 27, 2008

IT IS SO ORDERED THAT the case management conference is reset from 10/29/08 to 1/7/09 at 2:30 p.m. A Joint CMC statement is due 12/31/08.

_____
Edward [signature] te Judge

PHILLIPS, SPALLAS & ANGSTADT LLP

[signature]
_____
Robert K. Phillips
Candice A. Mullings
Attorneys for Defendant
WAL-MART STORES INC.

- 1 -
DEFENDANT'S STATUS CONFERENCE STATEMENT
Case No. CGC 08-00772 EMC

| | |
|---|---|
| 1 | PROOF OF SERVICE BY MAIL |
| 2 | Kevin Sanders v. Wal-Mart Stores, Inc. |
| 3 | US. District Court - Northern District of California Case Number - C 08-00772 |

I, the undersigned, declare:

That I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within cause; that my business address is 650 California Street, Tenth Floor, San Francisco, California 94108.

That on **October 27, 2008**, I served the within:

DEFENDANT'S STATUS CONFERENCE STATEMENT

on the parties listed in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office addressed as set forth below in accordance with ordinary business practices for deposit with the United States Postal Service in San Francisco, California. I am readily familiar with my office business practice for collection and processing of correspondence for mailing and the within correspondence will be deposited with the United States Postal Service this date in the ordinary course of business.

Mark L. Webb
Law Offices of Mark Webb
214 Grant Avenue, Suite 301
San Francisco, CA 94108
t. (415) 621-4500
*Attorneys for Plaintiff*

Richard S. Plattner
Plattner Verderame P.C.
316 E. Flower Street
P.O. Box 36570
Phoenix, AZ 85067

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **October 27, 2008**, at San Francisco, California.

*Sharlyn Vareed*
Sharlyn Vareed